UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM K. COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14CV0008 SPM |
| | ) | |
| TYLER J. MASSEY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. As a result, the motion will be denied. See 28 U.S.C. § 1915(a)(3). Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 11] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

So Ordered this 17th day of June, 2014.

                                            _E. Richard Webber_
                                            E. RICHARD WEBBER
                                            SENIOR UNITED STATES DISTRICT JUDGE